UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      U.S.A.

      -V-                                        #11 CR 561 (JFK)

      JOHNSON

------------------------------X

The defense application to adjourn the VOSR conference (Doc. #25) is granted.

The VOSR conference is adjourned from March 3 to March 16, 2022 at 11:30 a.m., in person, in Courtroom 20-C.

SO ORDERED.

Dated:   New York, New York

2-28-22

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-28-22